# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH NAIM HAFIZ, | CASE NO. 1:09-cv-02067-DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |
| v. | (Doc. 7) |
| BUSTOS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Abdullah Naim Hafiz is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 25, 2010, Plaintiff filed a motion to dismiss his claims against all defendants.  Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment.  None of the defendants named in this action have filed an answer or other responsive pleading.

Accordingly, this action is DISMISSED pursuant to Plaintiff's notice of voluntary dismissal and the Clerk of Court is directed to close the file in this action.

IT IS SO ORDERED.

Dated:   **January 27, 2010**          _____/s/ **Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE